

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Charlotte Mullins,

\* From the 42nd District Court
  of Coleman County,
  Trial Court No. CV20-01152.

Vs. No. 11-23-00085-CV

\* October 30, 2025

Sandy McWhirter, individually,
as wrongful death beneficiary, and
as representative of the Estate of
Rowdy Roy Escobar, deceased;
Aureliano Ramos, individually and
as wrongful death beneficiary of
Rowdy Roy Escobar, deceased;
and Makenzie Guardiola, as next
friend of Talia Kehlani Escobar,

\* Opinion by Bailey, C.J.
  (Panel consists of: Bailey, C.J.,
  Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we reverse the judgment of the trial court and render judgment in favor of Appellant, Charlotte Mullins. The costs incurred by reason of this appeal are taxed against Sandy McWhirter, individually, as wrongful death beneficiary, and as representative of the Estate of Rowdy Roy Escobar, deceased; Aureliano Ramos, individually and as wrongful death beneficiary of Rowdy Roy Escobar, deceased; and Makenzie Guardiola, as next friend of Talia Kehlani Escobar.